# EXHIBIT A

# 3013 SERIES COLLABORATION AGREEMENT

This Agreement is entered into on the day of October 4, 2013 by and between Tamara McKinney (an individual) hereinafter "Collaborator" residing at 945 E 560th Rd Willard, MO 65781 and Lauren Watanabe, (an individual), hereinafter, "Creator" residing at 1615 W. Balmoral, Apt #2, Chicago, IL 60640.

\*\*\*

WHEREAS, "Creator" is the sole originator of the original concept, idea, outline, manuscript, and other documents and things, tangible and intangible to the series called *"3013"*.

WHEREAS, "Creator" is writing novels based on the series concept *"3013"* under the pen name ***Laurie Roma.***

WHEREAS, "Collaborator" desires to borrow the world concept of *"3013"* to creatively draft/write her own individual manuscript(s) under the series entitled *"3013"* under the pen name ***Hennessee Andrews***, and the "Creator" wishes to allow the "Collaborator" to do so pursuant to the terms and considerations of this Agreement.

NOW, THEREFORE, in consideration of the promises contained in this Agreement, the Parties affirm in writing their association in accordance with the following provisions:

1. ENGAGEMENT
"Creator" hereby agrees to allow "Collaborator" to write/create her own book(s) under the *"3013"* series banner based upon the terms and conditions hereinafter set forth.

2. PERMISSION TO CREATE
"Creator" agrees to allow "Collaborator" to be a writer in the *"3013"* series by creating/drafting her own original novels using the *"3013"* world concept created by "Creator" as part of this series. Each new book created by "Collaborator" using the *"3013"* world concept is subject to approval by "Creator" before publication.

3. TITLE
All books written under the *"3013"* series concept shall be titled *"3013"* followed by a colon and a single word to make each book within the series consistent. (ex. *"3013: insert one word title")*.

4. DUTIES OF THE COLLABORATOR
"Collaborator" shall write/create her own novels under the series titled *"3013"*. "Collaborator" promises to adhere to the world concepts set forth in previous novels of the *"3013"* world, and agrees to change any inconsistencies within her book(s) to match the concepts already established by "Creator" for the series.

"Collaborator" also has the duty to gain permission to include any details that would change the world concept of *"3013"* or if the details shall become permanent fixtures within the *"3013"* world. The books within the *"3013"* are meant for self-publication. "Collaborator" shall not submit any book written/created using the *"3013"* world to any publishing companies for publication without "Creator's" written permission.

### 5. OWNERSHIP OF MATERIALS

(a) "Creator" retains the sole rights to the *"3013"* world concept.

(b) Each individual book written/created by "Collaborator" shall forever remain "Collaborator's" property just as each book written/created by "Creator" shall forever remain "Creator's" property. Creator has no claim to any proceeds from any of "Collaborator's" books written using the *"3013"* world.

(c) Any registration of the completed manuscript and any subsequent renewals of such registration for individual books written/created using the *"3013"* series title shall be the sole responsibility of "Collaborator" to obtain.

(d) "Collaborator" holds the sole responsibility for obtaining her own cover(s) for any book(s) she has written using the *"3013"* concept as well as dealing with any edits needed before publication.

### 6. COOPERATION

The "Collaborator" and "Creator" parties agree to perform all acts and execute all documents necessary or desirable to carry out this agreement in full to the best of their abilities. "Collaborator" is free at any time to stop writing/creating novels using the *"3013"* world concept.

### 7. AUTHORITY

This agreement includes all books within the *"3013"* series, as well as any sequels, prequels or spin-offs of the *"3013"* world concept.

### 8. GOVERNING LAW

This Agreement shall in all respects be interpreted, construed and governed by the laws of the State of Illinois.

### 9. GENERAL

This Agreement contains the entire agreement with respect to the collaboration known as the *"3013"* series and may be amended only by a written agreement that is executed, signed by and delivered to both the "Collaborator" and the "Creator".

IN WITNESS WHEREOF the parties hereto have executed and duly witnessed this Agreement as of the day and year written below.

Collaborator

(Signed): _Tamara McKinney_

**Tamara McKinney**

Date:

Creator

(Signed): _[signature]_

**Lauren Watanabe**

Date: 10/4/13